AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SAI VARSHITH KANDULA<br>DOB: XX/XX/XXXX PDID: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00153<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/23/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 22, 2023__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Depredation of Property of the United States in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

SA Mariah S. Hicks, U.S. Secret Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 05/23/2023

*Judge's signature*

City and state: Washington, DC    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*