UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1-23-MJ-000153 |
| | : | |
| SAI VARSHITH KANDULA | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Special Assistant United States Attorney (SAUSA) Alexander R. Schneider is entering his appearance in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _/s/ Alexander R. Schneider_
ALEXANDER R. SCHNEIDER
Michigan Bar No. P71467
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
alexander.schneider@usdoj.gov
(202) 252-7124