AO 442 (Rev. 01/09) Arrest Warrant

11556575

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL-DC AM8:46
RECEIVED MAY 24 '23

United States of America
v.

SAI VARSHITH KANDULA

*Defendant*

) Case: 1:23-mj-00153
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 5/23/2023
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SAI VARSHITH KANDULA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Depredation of Government Property in excess of $1,000.

Date: 05/23/2023

2023.05.23
16:38:22 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/24/2023, and the person was arrested on *(date)* 5/24/2023
at *(city and state)* DC DC

Date: 5/24/2023

Teja M
*Arresting officer's signature*

Treju M DUSM
*Printed name and title*