UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Magistrate No.: 23-MJ-153 (RMM) |
| **SAI VARSHITH KANDULA,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Shehzad Akhtar is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: May 25, 2023        By:    /s/ Shehzad Akhtar
SHEHZAD AKHTAR
D.C. Bar Number 493635
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Shehzad.Akhtar@usdoj.gov
(202) 252-7498

**CERTIFICATE OF SERVICE**

On this 25th day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/Shehzad Akhtar
SHEHZAD AKHTAR
Assistant United States Attorney