# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : No. 23-MJ-153 |
| | : |
| **SAI KANDULA** | : |
| | : |

## MOTION TO CONTINUE

Mr. Sai Kandula, through undersigned counsel, requests that the Court continue the detention hearing currently set for Tuesday, May 30, 2023 at 3:00 p.m. until Friday, June 9, 2023. Counsel requires additional time to prepare for a detention hearing in this case and develop a proposed release plan. Undersigned counsel contacted the government, but did not receive a response before filing this motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500