UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 23-MJ-153 |
| v. | : | |
| | : | |
| SAI VARSHITH KANDULA, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        */s/ Alexander R. Schneider*
        Alexander R. Schneider
        Michigan Bar #P71467
        Special Assistant United States Attorney
        Email:   alexander.schneider@usdoj.gov
        Phone:   (202) 252-7124

        Shehzad Akhtar
        D.C. Bar Number: 493635
        Assistant United States Attorney
        Email:   Shehzad.Akhtar@usdoj.gov
        Phone: (202) 252-7498