# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 23-mj-153 |
| | : | |
| v. | : | |
| | : | |
| **SAI KANDULA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue (Dkt. No. 9), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the detention hearing scheduled for May 30, 2023, is continued until June 9, 2023, at 1 PM before United States Magistrate Judge Moxila A. Upadhyaya; and it is further

ORDERED that the period of time between May 30, 2023, and June 9, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because of the pending detention hearing.

**SO ORDERED.**

_____
HONORABLE ROBIN M. MERIWEATHER
United States Magistrate Judge

Washington, D.C.
May 30, 2023, *nunc pro tunc*