# Marquette High School

This Certifies That

## Sai Varshith Kandula

Has satisfactorily completed the Course of Study prescribed for Graduation and is therefore entitled to this

### Diploma

Given this month of January, 2022



_Tim Ricker_
INTERIM SUPERINTENDENT

_Steve Hankins_
PRINCIPAL

_[signature]_
PRESIDENT, BOARD OF EDUCATION

_Janet Sadowski_
SECRETARY, BOARD OF EDUCATION